JOHN B. LEDOUX, Appellant, *v.* THE GRAND TRUNK RAILWAY COMPANY, Respondent.

(Argued May 14, 1874; decided September term, 1874.)

THIS was an appeal from an order of General Term reversing a judgment on the report of a referee. The order did not state that the reversal was upon the facts. *Held,* that as there was some evidence to sustain them, the findings of fact of the referee could not be reviewed.

The action was brought to recover for the loss of a trunk and contents, alleged to be plaintiff's baggage. The referee found that defendant " received into its care the said plaintiff and his baggage, consisting of one trunk containing his personal effects," and that the value thereof was $554. These findings were excepted to. It was claimed by defendant, on appeal, that certain of the articles contained in the trunk, and included in the findings, were not in fact baggage. *Held,* that the exception was not available to present the question; that it should have pointed out and designated the specific articles claimed not to have been properly included.

*Henry Whitaker* for the appellant.

*Henry N. Beach* for the respondent.

LOTT, Ch. C., reads for reversal.
All concur; REYNOLDS, C., not sitting.
Order reversed, and judgment on report of referee affirmed.